AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

BEN AMI, INC. and
STEVEN LEVY

*Plaintiff(s)*

v.

TOTAL IMPORT SOLUTIONS, INC.
d/b/a NANOSKIN
CARE CARE PRODUCTS

*Defendant(s)*

Civil Action No. 19cv1787

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOTAL IMPORT SOLUTIONS, INC. d/b/a NANOSKIN CARE CARE PRODUCTS
14700 Radburn Avenue
Santa Fe Springs, CA 90670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Latronica Law Firm, P.C.
64 Division Avenue, Suite 107
Levittown, NY 11756
516-796-9700
by: Patricia Hatcliffe, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: 03/28/2019

Douglas C. Palmer
*CLERK OF COURT*

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*